UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:23-cv-00492-AB-SSC                    Date: February 10, 2026

Title      Frank Atry v. County of San Bernardino, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On March 20, 2023, *pro se* Plaintiff Frank Atry a/k/a Farhad Atrzadeh filed a complaint against Defendants County of San Bernardino and James Snyder, a deputy sheriff with the County of San Bernardino Sheriff's Department, in his individual and official capacities. On January 8, 2026, Defendants filed an *ex parte* application for an order dismissing this case for Plaintiff's failure to participate in discovery and appear for his deposition, or alternatively for leave to file motions to compel. (ECF 50.) Defendants filed a second such application on January 26, 2026. (ECF 53.) The Court ordered Plaintiff to file an opposition or non-opposition to the motions no later than January 30 and February 2, 2026, respectively. The deadlines to

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:23-cv-00492-AB-SSC                    Date: February 10, 2026

Title          Frank Atry v. County of San Bernardino, et al.

file an opposition or non-opposition have passed and the court has not received any response or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **February 23, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.

If Plaintiff files a response to the *ex parte* applications to dismiss by **February 23, 2026**, it will also be considered a response to this order to show cause, the order will be automatically discharged, and Plaintiff need not respond to this order separately.

Plaintiff is cautioned that failure to file a timely response to this order will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

:

Initials of Preparer          **ts**