UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ATRY,<br><br>                       Plaintiff,<br><br>       v.<br><br>COUNTY OF SAN BERNARDINO,<br>et al.,<br><br>                Defendants. | Case No. 5:23-cv-00492-AB-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that judgment be entered dismissing the action without prejudice for failure to prosecute and comply with court orders.

DATED:  April 14, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE