JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ATRY,<br><br>                         Plaintiff,<br><br>              v.<br><br>COUNTY OF SAN BERNARDINO,<br>et al.,<br><br>                         Defendants. | Case No. 5:23-cv-00492-AB-SSC<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  April 14, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE